# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KATHRINE ANN SCOTT,
ROBERT PERRIN BUTRON, V,

    Plaintiffs,

v().                                                        Case No. 4:05cv246-RH/WCS

SUWANNEE COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 5), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 9th day of September, 2005.

                                                             s/Robert L. Hinkle
                                                             Chief United States District Judge